No. 95–7392. MOBLEY v. UNITED STATES; and

No. 95–7488. CHAVIS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.